

RECEIVED
IN MONROE, LA
MAY 0 8 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL CASE NO. 3:98CR30024-02 |
| VERSUS | JUDGE JAMES |
| | MAG. JUDGE HAYES |
| MELVIN JOHNSON | |

**CERTIFICATE OF APPEALABILITY**

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

✓   The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___   The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at __Monroe__, Louisiana, this __8__ day of __May__, 2006.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE